UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-cr-0049-SEB-DLP |
| | ) | |
| KRYSTAL CHERIKA SCOTT, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR FEBRUARY 24, 2021**
**HONORABLE PAUL R. CHERRY, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the indictment filed on February 17, 2021. Defendant appeared in person and by FCD counsel Michael Donahoe. Government represented by AUSA Tiffany Preston. USPO was not present.

Defendant orally waived her right to physically appear for her initial appearance in the courtroom and consented to appear via video teleconference from the Hamilton County Jail.

Financial affidavit previously approved.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **March 10, 2021**.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant waived formal arraignment and reading of the indictment on the record.

Defendant was previously ordered detained. [Dkt. No. 26.]

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated: 2/24/2021

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system