UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00049-SEB-DLP |
| | ) | |
| KRYSTAL CHERIKA SCOTT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for November 10, 2021**

On this date, Defendant appeared in person, together with appointed counsel Michael J. Donahoe, and the Government appeared by AUSA Tiffany Jacqueline Preston, together with the investigative agent, Andrew Willmann, for a change of plea and sentencing hearing. Brittany Neat appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of her rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Counts 1 & 2 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Counts 1 & 2 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

  Incarceration:   30 months on each count to run concurrently

Supervised Release: 3 years on Count 1; 2 years on Count 2 to run consecutively
Fine:  $0.00
Special Assessment: $200.00.

- The Defendant was advised of her right to appeal.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Michael J. Donahoe
INDIANA FEDERAL COMMUNITY DEFENDERS
mike.donahoe@fd.org

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov