# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) | |
| v. | ) | 1:21-cr-00049-SEB-DLP-1 |
| KRYSTAL CHERIKA SCOTT,<br>        Defendant. | )<br>)<br>) | |

## MOTION TO WITHDRAW APPEARANCE

Michael J. Donahoe, Indiana Federal Community Defenders, moves the Court to withdraw his appearance as counsel for the Defendant.   This case is adjudicated.

Respectfully submitted,

*Michael J. Donahoe*
Michael J. Donahoe
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I hereby certify that on **December 7, 2021**, a copy of the foregoing **Motion to Withdraw Appearance** was electronically filed.   Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.   Parties may access this filing through the court's system.

*Michael J. Donahoe*
Michael J. Donahoe