# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 1:21-cr-00049-SEB-TAB-1 |
| Krystal Cherika Scott | ) |
| Defendant. | ) |

## DEFENDANT'S WAIVER OF DETENTION HEARING

Comes now the defendant and, having been advised by counsel of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. § 3142(f)(2)

Further, the defendant understands that he will be detained until time of trial.

_____
Krystal Cherika Scott
Defendant

6-27-25
Date

_____
Counsel for Defendant
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

Distribution to all registered counsel by electronic notification via CM/ECF