# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br>KRYSTAL CHERIKA SCOTT<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cr-00049-SEB-TAB-01 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Krystal Cherika Scott,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
❏ Probation Violation Petition ☑ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

In violation of terms of supervised release.

CLERK OF COURT, Kristine L. Seufert

Date: 06/25/2025

BY: _____
Deputy Clerk

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 6/27/25, and the person was arrested on *(date)* 6/27/25
at *(city and state)* Indianapolis, IN.

Date: 6/27/25

_____
*Arresting officer's signature*

_____
*Printed name and title*