AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KRYSTAL CHERIKA SCOTT | ) | Case No. 1:21-cr-00049-SEB-TAB-01 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Krystal Cherika Scott,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

In violation of terms of supervised release.

CLERK OF COURT, Kristine L. Seufert

Date: 06/25/2025

BY: _[signature]_
Deputy Clerk

City and state:  Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 6/27/25, and the person was arrested on *(date)* 6/27/25
at *(city and state)* Indianapolis, IN.

Date: 6/27/25

_[signature]_
Arresting officer's signature

_[signature]_
Printed name and title