UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | )<br>)<br>) |
| vs. | ) CAUSE NO. 1:21-cr-49-SEB-TAB-1<br>) |
| KRYSTAL CHERIKA SCOTT,<br>  Defendant. | )<br>)<br>) |

**COURTROOM MINUTE FOR JUNE 27, 2025**
**HONORABLE MARIO GARCIA, MAGISTRATE JUDGE**

Parties appear for hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on June 24, 2025.   Defendant appeared in person and by FCD counsel Bill Dazey.   Government represented by AUSA Tiffany Preston.   USPO represented by Tasha Taylor.

Financial affidavit approved.   Counsel appointed.

Charges and rights were reviewed and explained and the Court ensured Defendant had a copy of the petition.

Defendant knowingly and voluntarily waived her right to a preliminary hearing in open court and probable cause found. Defendant filed a waiver of detention hearing.

The parties jointly moved to hold revocation proceedings in this matter in abeyance. The Court sets a revocation hearing on **July 29, 2025 at 1:30 p.m., in rm. 238**, before the Criminal Duty Magistrate Judge.

Defendant remanded to the custody of the US Marshals pending further proceedings in this Court.

Date: 6/27/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system