# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 1:21-cr-00049-SEB-TAB-1 |
| KRYSTAL CHERIKA SCOTT, | ) |
| Defendant. | ) |

## DEFENDANT'S SENTENCING MEMORANDUM

The defense anticipates that the pending Petition for Warrant or Summons for Offender under Supervision will be resolved on the currently scheduled disposition date of July 29, 2025 and that the proceedings may be of public interest. Some background information concerning Ms. Scott's personal history is not subject to public disclosure and may be relevant to sentencing. The defense requests that the Court consider reviewing Personal and Family Data, paragraph 40, PSI, Docket 45 as well as a Defense Sentencing Memorandum, Docket 52, for consideration in sentencing on the violation proceedings.

June 27, 2025

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Bill_Dazey@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2025, the foregoing Appearance was electronically filed with the Clerk's Office. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

<em><u>William H. Dazey. Jr.</u></em><br>
William H. Dazey, Jr.