UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:21-cr-00049-SEB-TAB |
| | ) | |
| KRYSTAL CHERIKA SCOTT, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR JULY 29, 2025,
<u>HONORABLE TIM A. BAKER, MAGISTRATE JUDGE</u>**

Parties appear for a revocation hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on June 24, 2025, and a hearing on the Supplemental Petition for Warrant or Summons for Offender under Supervised Release filed on July 10, 2025, and order granting Petition on July 17, 2025. [Filing Nos. 69, 70, 80, 81.]   Defendant appeared in person and by FCD counsel Bill Dazey.   Government represented by AUSA Tiffany Preston. USPO represented by Tasha Taylor.

Financial affidavit previously approved.   [Filing Nos. 74, 76.]

Defendant had an initial appearance on the Petition on June 27, 2025, at which time revocation was held in abeyance. [Filing No. 79.]   Defendant waived reading of this Petition.

Charges and rights were reviewed and explained and the Court ensured Defendant had a copy of the Petitions.   As to the Supplemental Petition, Defendant knowingly and voluntarily waived her right to a preliminary hearing in open court and probable cause was found.

Defendant admitted to violation numbers 1, 2, 3, and 4 and the Court found she violated the same. See Report and Recommendation to District Judge. Government orally moved to withdraw the remaining violation number 5, which motion was granted by the Court; violation

number 5 was dismissed.

Argument presented.

Defendant waived her right to have the Revocation Parameter Worksheet read in open court.

Defendant's supervised release was revoked and Defendant remanded to the custody of the US Marshal pending approval of Report and Recommendation and entry of Judgment Order.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/29/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system