UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00049-SEB-TAB |
| | ) | |
| KRYSTAL CHERIKA SCOTT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that

Krystal Cherika Scott's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and

Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now

approves and adopts the Report and  Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of 18 months in the custody of the Attorney General or his

designee, with 3 years supervised release to follow, including 180 days of residential reentry

placement. The Court recommends placement at Federal Correctional Institute – Pekin, Illinois.  In

addition to the mandatory conditions of supervision, the conditions of supervision shall be modified

as outlined in the Magistrate Judge's Report and Recommendation.

**SO ORDERED.**

Date:        8/15/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO