**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:21-cr-00049-SEB-TAB-1 ) ) |
| KRYSTAL CHERIKA SCOTT | ) ) |
| Defendant. | ) |

### ORDER ON MOTION TO WITHDRAW APPEARANCE

This matter is before the Court upon defense counsel's Motion to Withdraw Appearance, and the Court, being duly advised, now finds that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the appearance of William H. Dazey, Jr., Indiana Federal Community Defenders, shall be withdrawn and terminated as counsel for the Defendant.

Distribution to all registered counsel via electronic notification